Thomas Jack TRUETT, Plaintiff–
Appellant,

v.

Dr. SHAW;  A. Yirga;  J. Allen, Clinical
Director;  J. Fajardo;  Emily Adams;
A. Zayas, Defendants–Appellees.

No. 01–6235.

United States Court of Appeals,
Fourth Circuit.

Submitted June 26, 2001.

Decided Aug. 21, 2001.

Thomas Jack Truett, pro se.

Before LUTTIG, TRAXLER, and
KING, Circuit Judges.

PER CURIAM.

Thomas Jack Truett appeals the district
court's order denying relief on his *Bivens*
complaint.\* We have reviewed the record

---

\* The district court referred to Truett as a "Vir-
ginia inmate" but the record discloses that he
is housed at the Federal Correctional Institu-
tion (FCI) at Petersburg, Virginia, and his
action is against FCI officers. His action is
therefore properly characterized as a *Bivens*
action rather than a § 1983 action. The char-
acterization of Truett's petition does not affect
our analysis because courts have applied
§ 1997e(a)in the same manner to both § 1983

**124**

and the district court's opinion and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm substantially on the reasoning of the district court. *See Truett v. Shaw*, No. CA–00–953–2 (E.D.Va. Jan. 22, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

actions and *Bivens* actions. *See Booth v. Churner*, 206 F.3d 289, 291 (3d Cir.2000),

*aff'd,* 532 U.S. 731, 121 S.Ct. 1819, 149 L.Ed.2d 958 (2001).